```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Henry Tucker,

            Plaintiff,

    –v–

Figo Pet Insurance LLC,

            Defendant.

20-cv-10394 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties' joint letter and proposed case management plan were due February 19, 2021. *See* Dkt. Nos. 6, 7. The Court has not received them. The parties shall file their joint letter and proposed case management plan by February 24, 2021. Failure to do so and to timely effect service of the summons and complaint may result in dismissal of this action for failure to prosecute.

SO ORDERED.

Dated: February 22, 2021
       New York, New York

                                      _____
                                         ALISON J. NATHAN
                                     United States District Judge