# GOTTLIEB & ASSOCIATES
### ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2021
```

February 22, 2021

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Tucker v. Figo Pet Insurance LLC,*
             Case No.: 1:20-cv-10394 (AJN)

Dear Judge Nathan,

      The undersigned represents Henry Tucker, On Behalf of Himself and All Other Persons Similarly Situated ("Plaintiff"), in the above-referenced action against Figo Pet Insurance LLC, ("Defendant"). In response to Your Honor's Order on February 22, 2021 (Dkt. 8), the undersigned apologizes for not timely filing the Joint Letter and Proposed Case Management Plan and respectfully requests the Initial Conference scheduled for February 26, 2021 at 3:15 PM (Dkt. 6) be adjourned for 60 days because the COVID-19 Pandemic has made it extremely difficult for the process server to effectuate service on the Defendant. This request will grant ample time for service to be effectuated, the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an adjournment.

> The initial pretrial conference scheduled for February 26, 2021, is adjourned to May 7, 2021, at 3:15 p.m. The parties shall file their joint letter and proposed case management plan no later than seven days prior to the conference.
> SO ORDERED.

SO ORDERED.  2/24/2021
ALISON J. NATHAN, U.S.D.J.