**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2021

April 30, 2021

**VIA ECF**
The Honorable Alison J. Nathan
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Tucker v. Figo Pet Insurance LLC,*
         Case No.: 1:20-cv-10394 (AJN)

Dear Judge Nathan,

  The undersigned represents Henry Tucker, On Behalf of Himself and All Other Persons Similarly Situated ("Plaintiff"), in the above-referenced action against Figo Pet Insurance LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for May 7, 2021, at 3:15 PM (Dkt. 11) be adjourned for 60 days because the Defendant was recently served (Dkt. 12) and will likely need time to retain Counsel. This request will grant ample time for the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's second request for an adjournment.

                     Respectfully submitted,

                     **GOTTLIEB & ASSOCIATES**

                     */s/Michael A. LaBollita, Esq.*
                      Michael A. LaBollita, Esq.

---

The initial pretrial conference scheduled for May 7, 2021, is adjourned to July 2, 2021, at 3:15 p.m. The parties shall file their joint letter and proposed case management plan at least seven days before the scheduled conference. SO ORDERED.

SO ORDERED.   5/5/2021
ALISON J. NATHAN, U.S.D.J.